IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, *et al.* | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 1:11-cv-269 (AJT/IDD) |
| v. | ) ) |
| C & C SHEET METAL AND MECHANICAL, INC., f/k/a C & C Sheet Metal, Inc., | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court on the Report and Recommendation (Doc. No. 11) of the Magistrate Judge recommending that default judgment be entered against C & C Sheet Metal and Mechanical, Inc. ("Defendant") in favor of plaintiff Board of Trustees, National Stabilization Agreement of the Sheet Metal Industry Trust Fund in the amount of $18,102.89. No objections to the Report and Recommendation have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff's motion for default judgment (Doc. No. 11) be, and the same hereby is, GRANTED; it is further

ORDERED that default judgment be, and the same hereby is, entered against Defendant in favor of Plaintiff Board of Trustees, National Stabilization Agreement of

the Sheet Metal Industry Trust Fund, in the amount of $11,244.05 in unpaid contributions; $2,248.54 in liquidated damages; $494.18 in pre-litigation liquidated damages; $681.62 in interest on delinquent contributions; $3,434.50 in reasonable attorneys' fees and costs, for a total award to plaintiff Board of Trustees, National Stabilization Agreement of the Sheet Metal Industry Trust Fund of $18,102.89.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to:

> C & C Sheet Metal and Mechanical, Inc.
> f/k/a C & C Sheet Metal, Inc.
> 295 Owen Street
> Swoyerville, PA  18704-2207

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
October 31, 2011